```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ANDREW S. GORDON,                                            :
                                                             :
                                                             :
                                        Plaintiff,           :
                                                             :       1:24-cv-08392-GHW
                -against-                                    :
                                                             :            ORDER
STATE FARM FIRE & CASUALTY                                   :
COMPANY,                                                     :
                                                             :
                                        Defendant.           :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2024

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on November 4, 2024, Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than November 18, 2024. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                  GREGORY H. WOODS
                                            United States District Judge