```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :

ANDREW S. GORDON,                :

                                                   :

                                   Plaintiff,  :
                                                 :          1:24-cv-08392-GHW

                 -against-                  :

                                                 :              ORDER

STATE FARM FIRE & CASUALTY  :
COMPANY,                               :

                                                 :

                                Defendant.  :

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       A telephonic pre-motion conference is scheduled to occur in this matter on November 19, 2024 at 3:00 p.m. The Court notes that no lawyer has entered an appearance for the plaintiff as of the filing of this order. The parties are directed to the Court's Local Rules, the Electronic Case Filing Rules and Instructions, and the Court's Individual Rules of Practice in Civil Cases, all available on the Court's website. In particular, the parties are directed to comply with Local Civil Rule 1.3, which governs admission to the bar of this Court, and Local Civil Rule 1.5, which prohibits "[a]ny attorney not a member of the bar of this court [from] appear[ing] at the bar of this court without permission to do so."

       Counsel for the defendant is directed to serve a copy of this order on the plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                                                             GREGORY H. WOODS
                                                                     United States District Judge